IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JANOIKO, | 1:06-CV-01405-OWW-LJO-P |
| Plaintiff, | |
| vs. | SECOND ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| SCOTT COX, | STATEMENT **OR** PAY FILING FEE |
| Defendant. _____/ | |

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2006, the court issued an order requiring plaintiff to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). On November 22, 2006, plaintif submitted an application to proceed in forma pauperis. However, plaintiff did not submit a copy of his prison trust account statement. Plaintiff will be provided another opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

**Plaintiff is advised that it is ultimately his responsibility to follow procedures at the prison to insure that the court receives the required certified copy of plaintiff's trust**

1

1  **account statement.  If plaintiff is unsure how to proceed, he should show a copy of this order
2  to officials at the prison.**
3         In accordance with the above, IT IS HEREBY ORDERED that within thirty days of
4  the date of service of this order, plaintiff shall submit a certified copy of his prison trust account
5  statement for the six month period immediately preceding the filing of the complaint, or in the
6  alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result
7  in a recommendation that this action be dismissed.
8  IT IS SO ORDERED.
9  **Dated:    December 8, 2006              /s/ Lawrence J. O'Neill**
   b6edp0                                    UNITED STATES MAGISTRATE JUDGE