# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JANOIKO, | 1:06-cv-01405-OWW-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY |
| v. | (Docs. 27, 28.) |
| SCOTT COX, | |
| Defendant. | |

Plaintiff Robert Janoiko ("plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 22, 2006. (Doc. 1.) On November 19, 2008, plaintiff filed two motions for the court to compel the Tulare County Jail and an investigator to produce documents in response to plaintiff's requests. (Docs. 27, 28.)

Plaintiff is advised that the time for discovery in this action has not commenced. The court shall establish a discovery schedule at a later date by issuing a scheduling order which shall be served upon all parties to this action.[1] Until then, plaintiff shall not pursue discovery in this action, and defendant may disregard any pending discovery request which has been served upon him by plaintiff.

Based on the foregoing, IT IS HEREBY ORDERED THAT plaintiff's motions to compel discovery are DENIED.

IT IS SO ORDERED.

---

[1] On November 14, 2008, the court issued an order directing the United States Marshal to serve process upon defendant in this action. (Doc. 25.) The court will issue a scheduling order establishing dates for discovery after defendant has filed an answer to the complaint.

Dated: __**November 20, 2008**__            _____**/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE