UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JANOIKO,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT COX,<br><br>    Defendant.<br>_____/ | 1:06-cv-01405-OWW-GSA-PC<br><br>ORDER REASSIGNING ACTION TO MAGISTRATE JUDGE GARY S. AUSTIN<br><br>**New Case # 1:06-cv-01405-GSA-PC** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

    1.    This action is reassigned to United States Magistrate Judge Gary S. Austin for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

    2.    The Clerk of the Court is directed to reassign this action in its entirety to Magistrate Judge Gary S. Austin, and

    3.    The new case number shall be **<u>1:06-cv-01405-GSA-PC</u>** and all future pleadings and/or correspondence must be so numbered.

The parties are advised that use of an incorrect case number, including the judges' initials, may result in a delay of documents being processed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:   April 9, 2009**                                     /s/ Oliver W. Wanger
                                                                 UNITED STATES DISTRICT JUDGE